**Joseph V. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62330.**

Missouri Court of Appeals, Western District.

Nov. 18, 2003.

Andrew Allen Schroeder, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Attorney General, Jefferson City, MO, joins on the briefs for Respondent.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Joseph V. Williams appeals the denial of his Rule 29.15 motion without a hearing. In his motion for post-conviction relief,

Williams charged his attorney with ineffective assistance for failing to object when the prosecution mentioned his silence during an interview with a police detective. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).